■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIO CRUZ, Appellant. [844 NYS2d 162]—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on or about August 24, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Marlow, Sullivan, Gonzalez and McGuire, JJ.